# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PRIVETTE and SHAUNTE JONES, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>            v.<br><br>TACO BELL FRANCHISOR, LLC,<br><br>                       Defendant. | Case No. 3:19-cv-05729-MMC<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FURTHER CONTINUE MEDIATION COMPLETION DEADLINE**<br><br>Complaint Filed: September 12, 2019<br>Trial Date:     None Set |

Pursuant to the Joint Administrative Motion to Further Continue Mediation Completion Deadline filed by the Parties and good cause appearing, the Court hereby orders as follows:

1. The Court hereby GRANTS the Parties' Joint Administrative Motion.
2. The mediation completion deadline in this case is hereby further extended to a date no more than 45 days after a ruling is issued on the pending motion to dismiss in *Szwanek et al. v. Jack in the Box, Inc.*, Northern District of California Case No. 3:20-cv-02953-WA.

**IT IS SO ORDERED.**

Dated: August 7, 2020

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE