Roberto Luis Costales, Esq. (*pro hac vice*)
William H. Beaumont, Esq. (*pro hac vice*)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000
Facsimile:  (504) 272-2956
rlc@beaumontcostales.com
whb@beaumontcostales.com
*Attorneys for Plaintiffs*

Glenn M. Goffin, SBN 153766
Attorney-at-Law
920 Beach Park Blvd #39
Foster City, California 94404
Telephone: (415) 845-8556
ggoffin@glenngoffinlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PRIVETTE and SHAUNTE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL FRANCHISOR, LLC,<br><br>Defendant | Case No.: 3:19-cv-05729-MMC<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP 41**<br><br>Judge: Maxine M. Chesney<br><br>Action Filed: September 12, 2019 |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiffs James Privette and Shaunte Jones voluntarily dismiss their claims against Defendant Taco Bell Franchisor, LLC without prejudice. Voluntary dismissal is appropriate as the Defendant has not served an Answer or motion for summary judgment.

|   |   |
|---|---|
|   | *Respectfully submitted*, |
| Dated: October 29, 2020 | <u>/s/ William H. Beaumont</u><br>William H. Beaumont, Esq. (*pro hac vice*)<br>Roberto Luis Costales, Esq. (*pro hac vice*)<br>BEAUMONT COSTALES LLC<br>107 W. Van Buren, Suite 209<br>Chicago, Illinois 60605<br>Telephone: (773) 831-8000<br>Facsimile:  (504) 272-2956<br>rlc@beaumontcostales.com<br>whb@beaumontcostales.com<br><br>*Attorneys for Plaintiffs* |